# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

SHAWN ALEXANDER POWELL

(Enter above the full name of the plaintiff in this action)

V.

DAVID E. ORTIZ

JEFF WILK

~~Columbus~~ NICOLETTA TURNER-FOSTER

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

---

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's  jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_____    42 U.S.C. §1983 (applies to state prisoners)

__✓__    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

28 U.S.C. § 1343 (a)(3)

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

_✓_ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.  Previously Dismissed Federal Civil Actions or Appeals

    If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

    a.  Parties to previous lawsuit:

        Plaintiff(s): ___None_____

        Defendant(s): ___None_____

    b.  Court and docket number: ___None_____

    c.  Grounds for dismissal: ( )   frivolous     ( ) malicious

                               ( )   failure to state a claim upon which relief
                                     may be granted

    d.  Approximate date of filing lawsuit: ___None_____

    e.  Approximate date of disposition: ___None_____

    If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.  Place of Present Confinement? ___Federal Correctional Institution Fort Dix

4.  Parties

    (In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

    a.  Name of plaintiff: ___SHAWN ALEXANDER POWELL____

Address: P.O. Box 2000  Joint Base MDL, NJ 08640

Inmate#: 70439-656

b.  First defendant:

Name: DAVID E. ORTIZ

Official position: WARDEN

Place of employment: Federal Correctional Institution Fort Dix

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

I Notified Mr. Ortiz of My serious medical needs and he did nothing to help me receive treatment. I also notified him of all the officers I notified about my medical needs and how the officers responded to my complaints of pain, bleeding and being soiled.

c.  Second defendant:

Name: JEFF WILK

Official position: HEALTH SERVICES ADMINISTRATOR

Place of employment: Federal Correctional Institution Fort Dix

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

I notified Mr. Wilk of my serious medical needs and he did nothing to help me receive treatment. I also notified him about all the medical staff I notified and how they responded to my complaints of pain, bleeding, and being soiled.

d.  If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.   I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

___✔___Yes       _____No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____See attachment pages 19 to 22_____

_____

_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

6.   Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

_____See attachment pages 1(B) To page 18_____

_____

_____

_____

_____

_____

_____

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff respectfully prays that this Court enter judgment granting plaintiff: A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and the laws of the United States; Compensatory damages in the amount of $137,000

against each defendant, jointly and severally; A Jury trial on all issues triable by jury; Plaintiff's costs in this suit; And any additional relief this court deems just, proper, and equitable.

8.    Do you request a jury or non-jury trial? (Check only one)

(√) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _13_ day of _JANUARY_ , 20_2_ _0_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

ADDITIONAL DEFENDANTS                                        PAGE 1(A)

Third Defendant:

Name: NICOLETTA TURNER-FOSTER
Official Position: Clinical Director
Place of Employment: F.C.I. Fort Dix

How is this person involved in this case?

    I notified Ms. Foster of my serious medical needs and tried
to explain to her about me notifying many officers about my
needs and she stated, "I will be back." She abruptly walked off.
She did nothing to help me receive treatment.

    At all times mentioned in this complaint each defendant acted
under the color of state law.

BASIS OF CLAIM                                                    PAGE  1(B)

1. On Thursday 12-15-16 I reported to Health Services sick call at 6:00am with what seemed to be a swollen spider bite that burned very badly on my left inner tricep area. Nurse Mrs. Maruska examined me and stated, "Oh my gosh. Hmm... Doctor Elias wont be back until Monday. All I can say is come back on Monday for sick call." I asked Nurse Maruska, "Could you send me to the hospital because my arm hurts really really bad?" Nurse Maruska stated, "There is nothing that I can do because there is a short-age of staff. Just come back on Monday at sick call and Doctor Elias will be here." Nurse Maruska gave me a couple 800mg ibupro-fen tablets. I left Health Services in pain.

2. I was in extreme pain from 12-15-16 to 12-18-16 until I couldn't take it any longer. I asked the unit officer (unidentified) who was working in unit 5751 on 12-18-16 if he could call Health Services for a medical emergency. The unit officer stated, "For what emerge-ncy?" I let the officer see my arm and he immediately called Health Services and reported my condition. I was sent to Health Services around 12:45pm on 12-18-16.

3. I was examined by Nurse Mr. Fletcher on 12-18-16 after explaining to him that I could feel my heart beat hurting. Nurse Fletcher stated, "All I can do is give you some pain medication because the doctor wont be back until tomorrow." I asked Nurse Fletcher, "What doctor are you referring to?" Nurse Fletcher stated, "More than likely Mr. Elias." I asked Nurse Fletcher, "Can you send me to the hospital because I feel like Im having a heart attack?" Nurse Fletcher stated, "Yes... if you fall out or something." Nurse Fletcher took my vitals and gave me a couple 800mg ibupro-fen tablets. I left Health Services in pain. At this time the abscess was the size of a golf ball.

4. I stayed awoke the whole night in pain because the abscess was burning. I reported to Health Services the following morning at 6:00am on 12-19-16 and upon showing Nurse Maruska my arm she immediately asked me to skip filling out a sick call form and to come back to the infirmary. I was taken to MLP Mr. Elias. Mr. Elias stated, "Oh boy we have to open this right now. How long has this been this way?" Nurse Maruska stated, "This is the guy I was telling you about that came in last Thursday but you wasn't here so I told him to come today." Mr. Elias stated, "How did this get so bad?" I told him, "I don't know. I came to Health Services twice already and they said I have to see you." Mr. Elias stated, "From the looks of this and how you say you are feeling one more day and maybe you would've had blood poisoning. This type of thing is serious and can literally kill you if it's not treated in time."

5. Mr. Elias swabbed the area with what appeared to be a large Q-Tip before injecting the area with an anesthetic. Mr. Elias cut the infected area open with what appeared to be an orange box-cutter styled razor. Mr. Elias then squeezed the pus and blood out of the abscess before taking some scissors and cutting the necrotic tissue out of the infected area. Mr. Elias then cleaned the area and stuffed gauze in the wound before taping gauze over the

BASIS OF CLAIM                                          PAGE  2

wound and wrapping my arm up. This procedure was completed with
Nurse Maruska's assistance. I was given a Rocephin injection in
one of my shoulders for infection and a injection in my other
shoulder for pain. Mr. Elias instructed me to report to Health
Services daily at 10:00am for dressing changes and to receive
rocephin injections in my shoulder for the next four days. Mr.
Elias prescribed me Bactrim tablets for infection to be taken
twice a day for seven days and a small ziplock bag of 800mg
Ibuprofen tablets to be taken for pain as needed. I was given
dressing changes for the following nine days. This was the most
painful abscess and surgical procedure as well as the first in
a series of abscesses and surgical procedures.

6.Mr. Elias notified me that the lab report came back positive for
   Methicillin-Resistant Staphyloccocus Aureus (MRSA) during a dress-
   ing change and he stated, "This is a very serious medical condit-
   ion. It can come from many things and the only way to combat it
   is to practice good hygiene and to try to clean everything you
   come in contact with." I asked Mr. Elias, "Do (MRSA) go away?"
   Mr. Elias stated, "No. It stays dormant in your system until you
   get sick and then it comes back." I finished all medications and
   dressing changes as scheduled.

7.On 1-24-17 I reported to Health Services sick call at 6:00am
   complaining of a second (MRSA) occurence which had the same symp-
   toms as the first abscess. This time the infected area was under
   my right arm pit. I was examined by an unidentified white male
   medical personnel who stated, "Well if it swells up like the last
   abscess then report back to sick call." I asked this male staff,
   "Can I get some bactrim pills to prevent the abscess from coming
   back and some pain pills because this area hurts?" The male staff
   stated, "It doesnt look that bad. Just order some pain medication
   off of commissary. You should be alright." I was denied any medi-
   cation and left Health Services in pain.

8.On 1-26-17 I reported to HEalth Services sick call at 6:00am
   complaining about the same abscess I complained about on 1-24-17
   which had become worse. I was examined by Nurse Maruska who stated,
   "Doctor Elias is off today and wont be back until I think next
   Tuesday. Come back to sick call next week." I explained to Nurse
   Maruska about the last occurence and Nurse Maruska stated, "I
   understand Mr. Powell but I can't do anything about it. You have
   to come see Mr. Elias next week." Nurse Maruska issued me a
   couple Ibuprofen tablets for pain.

9.On 1-30-17 I reported to Health Services sick call at 6:00am and
   was immediately taken back to Mr. Elias and examined. Mr. Elias
   stated, "The area is swollen and I know it hurts but come back
   Wednesday at 7:30am and I will open this then." Nurse Maruska
   issued me a couple 800mg Ibuprofen tablets for pain.

10.On 2-1-17 I reported to Health Services at 7:30am and was examined
    by Mr. Elias. Mr. Elias swabbed the area with what appeared to be
    a large Q-Tip before injecting the area with an anesthetic. Mr.

BASIS OF CLAIM                                         PAGE  3

Elias cut the area open with what appeared to be an orange box-cutter styled razor. Mr. Elias squeezed pus and blood out of the abscess before taking some scissors and cutting the necrotic tissue out and removing what he called 'The Capsule' from the root of the infected area. Mr. Elias instructed Nurse Maruska as he allowed her to pack the wound with gauze and tape gauze over the wound this time. (The previous gauze packing and wrapping was done by Mr. Elias on every occassion following the first surgery with Nurse Maruska's assistance.) I was injected in the shoulder with Rocephin for infection and prescribed Doxycycline tablets and Bactrim tablets to be taken twice a day for ten days for infection. I was prescribed 800mg Ibuprofen tablets three times a day for pain. I was given dressing changes the following seven days by Nurse Maruska. This was the second surgical procedure of four. This site also tested positive for (MRSA).

11. On 3-9-17 I reported to Health Services sick call at 6:00am complaining of a third occurence which had the same symptoms as the first and second abscesses. This time the infected area was under my right arm pit area again. I was immediately examined by Mr. Elias. Mr. Elias stated, "The area is not ready to be cut open until it's draining. Check back tomorrow and I will open it." Mr. Elias gave me a couple 800mg Ibuprofen tablets for pain.

12. On 3-10-17 I reported to HEalth Services sick call at 6:00am and was immediately examined by Mr. Elias. Mr. Elias swabbed the area with what appeared to be a large Q-Tip before injecting the area with an anesthetic. Mr. Elias cut the area open with what appeared to be an orange box-cutter styled razor. Mr. Elias squeezed blood and pus out of the abscess before taking some scissors and cutting the necrotic tissue out and removing what he called 'The Capsule' from the root of the abscess. Mr. Elias packed the wound with gauze and taped gauze over the wound with my personal assistance because no one was available to assist him. Mr. Elias performed this total procedure alone without any assistance from any medical personnel. During the procedure I asked, "Mr. Elias, where is your help?" Mr. Elias stated, "There is a shortage of medical staff. So I have to do everything by myself. So just bear with me." I was prescribed Bactrim tablets for 21 days for infection, Rocephin injections in my shoulder for ten days for infection and Acetaminophen/Codeine tablets twice a day for pain. I was given dressing changes the following seven days by Nurse Maruska and an unidentified white male Nurse on separate days. This was the third surgical procedure of four. This site tested positive for (MRSA) also.

13. On 4-13-17 I reported to HEalth Services sick call at 6:00am complaining of a fourth occurence which had the same symptoms as the prior three abscesses. This fourth abscess was located on the right side of my rectum between my buttock. Mr. Elias examined me before deciding to cut the abscess open. I could not view this procedure so I do not know the exact details of this procedure. However, an incision was made and the abscess was drained by squeezing the area. I felt Mr. Elias dab what I assumed to be the large Q-Tip looking instrument on the entrance of my rectum instead

BASIS OF CLAIM                                          PAGE  4

stead of the exact area of the abscess. After cleaning the area Mr. Elias did not stuff the wound with gauze like the prior three procedures. Instead, he place gauze between my buttock and taped it in place and stated, "This should heal okay."

14. After the procedure was finished which was assisted by Nurse Maruska Mr. Elias and PA Mr. Ibe was discussing what medication they should prescribe me to prevent the (MRSA) from returning. An asian male medical staff walked in and joined the conversation. The asian male satff stated, "From what I'm hearing I would pre- scribe him Clindamycin." The asian male staff then left abruptly. Mr. Elias and Mr. Ibe both looked bothered by his comment. I asked Mr. Elias, "Who was that?" Mr. Elias stated, "That's the Pharmacist Mr.(Lin or Yin)"I can't remember the correct name of this staff. Mr. Elias the stated, "I am the doctor what would he know?" Mr. Ibe stated, "Maybe we could give him a double dosage of Doxycycline and Bactrim for fourteen days." Mr. Elias stated, "No. Maybe we should give him the Clindamycin and see how it goes." A female medical staff Ms. Goodwin came in and Mr. Elias stated, "Is there any Clindamycin in stock?" Ms. Goodwin stated, "No. We have to order it." Mr. Elias stated, "I need you to order it. Mr. powell, until then I'm going to have you take Bactrim and Doxycycline until the Clindamycin get here. This is a powerful drug and I'm going to give it to you by itself. For the pain I'm going to give you the Motrin (800mg Ibuprofen) you have been taking." I was given gauze bandages and told to change my own dressing on the following day by Nurse Maruska. This was the last of the four surgical procedures I underwent at FCI Fort Dix Health Services (East). The wound never healed or stopped bleeding and draining. The acute pain faded away to just feeling sore and itchy.

15. On 4-17-17 Mr. Elias was issuing out medication at pill line and he stated, "Powell wait until last." I waited until all inmates recieved their medications and left. Mr. Elias issued me all the Clindamycin capsules and he stated, "You can only take pills twice a day at pill line. I need you to be responsible and take these capsules three times a day because this is a serious in- fection and you can die in here without the proper treatment, due to the shortage of staff here and the procedural arrangements. I'm limited to what I can do to keep you guys healthy in here. So just be responsible okay?" I said, "Okay." I left with the med- cation.

16. On 5-8-17 I reported to Health Services sick call at 6:00am com- plaining of a very itchy rash that appeared on my upper and lower body. I was examined by Mr. Elias and he stated, "Clindamycin is a powerful drug and this may be a reaction. I'm going to give you something to help with the rashes but keep taking this medication so we can stop the (MRSA) breakouts." I was prescribed Triamcin- olone ointment. During this visit Mr. Elias informed me that the lab results for the fourth abscess was positive for E. Coli.

17. On 9-19-17 I reported to Health Services to be examined by MD Mr. Sceusa. I explained to him about my (MRSA) breakouts, the pain in

BASIS OF CLAIM                                          PAGE  5

my rectum, and the itchy rashes that I had. Mr. Sceusa stated, "It's a healing process. Your body is okay." I was given no medication for the pain.

18. On 9-24-17 I reported to Health Services sick call at 6:00am complaining of pain and drainage from the fourth abscess wound which never healed between my buttock. I was examined by Mr. Elias and prescribed Bactrim tablets and Doxycycline tablets twice a day for 21 days. I was given a couple of 800mg Ibuprofen tablets for pain.

19. On 12-15-17 I reported to Health Services sick call at 6:00am complaining of very itchy rashes and the abscess in my rectum area. I was examined by Mr. Elias. I was prescribed triamcinolone ointment, Selenium Sulfide lotion, and Miconazole Cream for the rashes. Mr. Elias stated, "Just clean the buttock area everyday and make sure to wipe softly after using the bathroom. If the area doesn't heal report back to Health Services." I was given a couple 800mg Ibuprofen tablets for pain.

20. On 1-9-18 I reported to Health Services sick call at 6:00am complaining of the painful abscess in my rectum area. I was examined by Mr. Elias and prescribed Ciprofloxacin tablets twice a day for fourteen days. Mr. Elias stated, "I don't know why the area isn't healing. I'm going to send you to a specialist because this may be a fistula." I asked, "What is a fistula?" Mr. Elias stated, "It's a hole in the intestines leading to the abscess wound. So it's best to have a specialist check this out." I was given a couple 800mg Ibuprofen tablets for pain.

21. On the morning of 2-27-18 I was located in the Special Housing Unit (SHU) on Administrative Segregation and allowed a ten minute shower three days a week. I wasn't given a breakfast tray this morning and I was told by an unidentified officer that I was going to have surgery today. I was taken to St. Francis Medical Center in Trenton New Jersey where we arrived at 9:45am. We waited until about 1:10pm until the surgeon Mr. Shah came out. Mr. Shah stated, "I'm going to open your rectum and look into your intestines to see if there's a hole in the intestinal wall leading to the abscess. If so, I'm going to plug the hole. If not, I'm going to open the abscess further and clean it out, plug it up, and sew it close." I was told this before being taken in to surgery at about 1:15pm. I was put to sleep with a mask on my face. I woke up around 4:30pm and an unidentified Nurse stated, "Hello. Are you okay?" I stated, "Yes." My throat was very sore. The Nurse gave me some Graham crackers and a Ginger Ale soda. Another unidentified Nurse walked up and stated, "Hello. How are you feeling?" I said, "I'm okay. I feel tired and sore." The Nurse stated, "Well, you will be okay now." I asked the Nurse, "Ma'am, what did the surgeon do?" The Nurse stated, "The surgeon looked into your intestines and there wasn't a hole. So he opened the abscess and cut all the icky stuff out and plugged it and sewed it close. We got you bandaged up and it should heal in a few weeks. We have given you some pain medication via injection so

BASIS OF CLAIM                                         PAGE  6

you shouldn't feel any sharp pain. But when the medication wear off it's going to hurt. As far as your throat we had to stick a tube in your mouth but the soreness will go away. Just take the medication he has prescribed you and keep the bandages on for at least twenty four hours and then you can change your bandage in a day or two." I asked, "Will I be able to change the bandages myself?" The Nurse stated, "That should be determined by the medical staff there at the prison. Just notify them after you take the bandages of if you need some help." I was taken back to the prison immediately after this conversation. I was prescribed Percocet tablets for pain every six hours as needed by MD Mr. Shah.

22. Upon arriving back to FCI Fort Dix (West Compound) on 2-27-18, I was approached by Nurse Mr. Fletcher as I was being escorted inside the perimeter fence which surrounds the prison. Nurse Fletcher begin to walk beside me as I was being escorted back towards the (SHU) and Nurse Fletcher stated, "Powell I hope everything went well. The surgeon prescribed you percocets which you know you're not getting. So i'm going to place you on Tylenol 3's twice a day for three days. If you need anything jsut fill out a sick call form and someone will come see you. Do you need anything?" I said, "No. I enjoyed my trip sightseeing." Nurse Fletcher stated, "Okay." He began to walk in a different direction on the compound as I was escorted back to the (SHU) building. I never saw Nurse Fletcher once during my stay in the (SHU) for anything, no follow-ups, no examinations, no vitals, e.t.c.. I did not eat dinner this night due to the bandages needing to stay in place for twenty four hours.

23. The next day 2-28-18 I didn't eat breakfast due to the bandages needing to stay in place for twenty four hours. I was hungry and I couldn't refuse to eat lunch. After eating lunch I felt the urge to use the bathroom. I figured let me shower first to make sure the swelling was down because I noticed how sore rectum area was.

24. I was escorted to the shower on my shower day. I undressed and removed the bandages and attempted to clean the area before feeling a sharp pain which made me stop. I knew at that moment that making a bowel movement was going to be a painful experience and that I needed medical assistance. I notified (SHU) officer Mr. Sloan of my medical needs as I kicked my bloody bandages out of the shower and to the side of the walk way leading to the shower as I was taken from the shower and escorted back to my cell by Mr. Sloan. About ten minutes later Mr. Sloan returned to my cell and stated, "I notified the officer in charge (Unidentified) and he notified medical. They should be here soon." Medical staff never came to visit me. I had no dressing or gauze to bandage myself back up so I had to use tissue to stuff between my buttock. I notified Mr. Sloan once again and he gave me the same response. Medical personnel never came.

25. I asked the medical personnel who was issuing me tylenol 3's during the evening pill rounds on 2-28-18 could he see me for my

medical issue and he stated, "If you have a medical issue then fill out a sick call form becaus eI can't do anything." I asked him, "Can you take my sick call form?" He stated, "The (SHU) officers will collect them." As he began to walk off I asked him for his name and he didn't respond. (See Para. 30)

26. I ate dinner and really felt the need to pass a bowel movement. I asked a unidentified white male (SHU) officer if he could call medical and I explained my issue to him. He stated, "I will tell the officer in charge (Unidentified)." When the officer walked by my cell again I asked him about medical and he stated, "Medical is coming," as he kept walking by. I never got this officer's name. This was 2-28-18 evening shift. I held my bowels this evening.

27. The next day 3-1-18 I didn't eat breakfast. I complained to the night shift officers who pass out breakfast trays. An unidentified male officer stated, "I will notify medical." The officers continued to pass out trays. A different unidentified male officer collected trays and I complained about my medical issue to him. He stated, "I'm about to leave but I will let someone know." He left. I never saw medical staff.

28. On 3-1-18 I stopped (SHU) officer Mr. Suero and complained about my medical issue to him and he stated, "Let me pass out trays first." He walked off. Some time later Mr. Suero came back to my cell escorting a inmate. Mr. Suero stated, "Y'all cuff up." I said, "For what? We don't want a third inmate in our cell." I continued to explained that the Warden Mr. Ortiz stated I wouldn't have to be in a two man cell with two other inamates again. (This incident occurred from 2-17-18 to 2-20-18 where inmate Reginald Brown 22161-055 was placed in our room where he had to place his mattress on the naked floor next to the toilet while myself and inmate Samuel Upchurch 42677-039 slept on the bunk beds. Samuel Upchurch was being takened out of our cell to be transferred on 2-20-18 as Warden Mr. Ortiz was walking by our cell. I stopped the Warden and asked, "Is three inmates confined in a two-inmate cell in this fashion legal?" Mr. Ortiz stated, "He's leaving now right?" I said, "Yes, but that doesn't answer my question." Mr. Ortiz, stated, "Well the problem is solved. it will never happen again." He walked off.) Mr. Suero stated, He's going in this cell right now so you better cuff up right now!" I wasn't trying to get another refusing a direct order incident report so I obeyed. Inmate Jimmy Patterson 55311-056 was placed in our cell with his mattress being placed on the floor by the toilet.

29. After eating lunch I couldn't hold my bowels any longer and my body forced me to used the bathroom. I asked inmate Jimmy Patterson to move his mattress and sit on my bunk so I could use the toilet as inmate Reginald Brown lay on his bunk. I hung a bed sheet from the bunk to the desk to have some sort of privacy and I began to try to defecate. This incident was so painful that it brought tears to my eyes. It took me about twenty five minutes to pass my bowels. I tried to wipe myself but my rectum was too sore. There was a lot of blood and feces mixed together

as I tried to wipe myself. I began to curse out loud from the pain and the frustration. Inmate Brown stated, "Man you need to write these people up. If I was you I would write everything down and write everybody up until you see medical staff." This is when I began to notify every officer that walked pass my cell and I was determined not to stop until I received some type of medical treatment. I spoke to many unidentified officers who refused to give me their names as I complained about my situation. I began to record all names and conversations I had with all officers from that moment forward as well as all the past events related to my previous surgical procedures.

30. I complained to every one of these officers between the dates 3-1-18 to 3-14-18. Some of the officers I spoke to multiple times because they either worked thethird floor of the special housing unit or they did door to door rounds every week.Some unidentifiedofficersonlyworked a day or walked through once and i wasn't able to get their names and/or titles. I didn't get the exact dates and times I spoke with some officers due to me being confined in a cell with no calendar or watch. However, I was able to remember the events that happened and what dates and times I spoke to certain officers the first few days following my surgery date 2-27-18. These are the officers I complained to about my medical issue between 2-28-17 and 3-14-18:

- I notified (SHU) officer Mr. Sloan about my problem twice. On both occassions Mr. Sloan stated, "I notified the officer in charge." This particular officer in charge is unidentified. This was on 2-28-18.

- I notified medical personnel about my medical issue as he passed me medication through the door. He stated, "If you have a medical issue then fill out a sick call form because I can't do anything." I asked him, "Can you take my form?" He stated, "The (SHU) officers will collect them." I asked him for his name but he didn't respond as he walked off. The next day when this same medical staff was passing out medication I asked him, "Excuse me sir, what is your name?" He stated, "Mr. Elnari, why?" I asked, "How do you spell it?" He stated,"Why?" as he walked off before stating, "I don't have time for this. I do not know how to spell his name correctly or if this is even the correct name for this medical personnel. These two incidents occurred 2-28-18 and 3-1-18.

- I notified an unidentified white male officer about my medical issue and he stated, "I will tell the officer in charge." When the officer walked by again I asked him about medical and he stated, "Medical is coming," as he kept walking by. This was the evening of 2-28-18.

- I notified another unidentified white male officer about my medical issue as he passed out breakfast trays and he stated, "I will notify medical." A different unidentified white male offcier collected trays and I complained to him about my medical issue and he stated, "I'm about to lea

BASIS OF CLAIM                                    PAGE 9

leave but I will let someone know." I never saw medical. These incidents occurred on the morning of 3-1-18.

- I notified (SHU) officer Mr. Suero about my medical issue and he stated, "Let me pass out trays first." I notified him later on the same day twice after using the bathroom and showing him the bloody tissue i used. He stated, "I will let medical know." I asked him, "How do you spell your name?" He stated, "For what?" before walking off. I saw his name tag on his uniform. These incidents occurred on 3-1-18. I never saw medical staff.

- I notified (SHU) officer Mr. Young. He stated, "I will notify the officer in charge." A few moments later Mr. Young returned and stated, "I notified the officer in charge and he will notify medical for you." Later on I asked Mr. Young, "Could you have the officer in charge come see me because I'm bleeding?" Mr. Young stated, "Where?" I showed Mr. Young some of the bloody tissue I used and explained my medical issue to him. Mr. Young left and came back shortly accompanied by the officer in charge. The officer in charge stated, "A look, I notified medical. They should be here shortly." I asked the officer in charge, "Excuse me sir, what is your name?" He answered, "Officer Evans." I never saw medical personnel.

- I notified (SHU) officer Mr. Harris about my medical issue numerous times and he stated, "All I can do is tell you to fill out a sick call form." I submitted a sick call form to Mr. Harris on two separate occassions. I never saw medical personnel.

- I notified (SHU) Lieutenant Mrs. Tucker several times on different days as well as showing her the bloody tissues i was saving. She responded, "Fill out a sick call form and stick it in the door," on one occassion. On another she stated, "I will call medical." On another occassion she stated, "Talked to medical when they come through doing rounds on Tuesday." I never saw medical personnel.

- I notified Lieutenant Mr. Lampley as he did rounds about my medical issue and showed him the bloody tissues. He stated, "I'm going to call medical and let them know." He left and came back shortly thereafter and stated, "I called medical so somebody should be coming." I never saw medical personnel.

- I notified medical technician Ms. Watts as she passed me Tylenol 3's about my medical issue on 3-1-18 or 3-2-18 and she stated, "Fill out a sick call form and medical should come see you." I asked her, "Will you take my sick call form for me?" She stated, "I'm a

medical technician. You need to give it to the nurses as the do rounds." I said, "Nurses don't do rounds in the (SHU)." She stated, "The are suppose to but I guess they must be short on staff as usual." She walked off and I never saw medical staff for my issue.

- I notified medical personnel Mr. Martin about my medical issue as he issued me Tylenol 3's and he stated, "Fill out a sick call form." I asked him, "Can you take my form for me?" He stated, "Give it to the (SHU) officers." That particular day I submitted the form to offcier Mr. Young. I never saw medical.

- I notified medical personnel Mr. Martin on another occassion and he stated, "They still haven't seen you yet?" I said, "No." Mr. Martin stated, "I will be back." About twenty minutes later he returned with gauze and stated, "This is all I can do. Hopefully medical will send someone to pull you out." Mr. Martin left. I never saw medical staff for my issue.

- I notified my counselor Mr. Jones about my medical issue and he stated, "You need to notify medical staff as they come through here." I explained the whole scenario to him from the surgery up to the point of me seeing him and asked for a BP-8 informal Resolution Form. Mr. Jones stated, "I will let Counselor Mr. Gonzales know to bring one up when he do rounds." I asked, "Can you call medical for me?" Mr. Jones stated, "I will see what I can do." He left. I never saw Mr. Jones again or medical staff for my issue. I never saw Counselor Mr. Gonzales for the BP-8 form either.

- I notified Clinical Director Mrs. Foster and tried to explain my issue to her as she walked by my cell. She stated, "I will be back." She never returned. I never saw medical staff for my issue.

- I notified unidentified unit team staff from the east and west compounds on numerous occassions. On one occassion a white female case manager (West Compound) stated, "Talk to (SHU) officers about your issue." On another occassion a black male unit manager (East Compound) stated, "Medical does rounds so let them know." On another occassion a white female case manager (West Compound) stated, "Fill out a sick call form and give it to medical staff." In each of these instances the officers would not give me their names but only their titles. They wore plain clothing without any name tags. I explained my medical issue in depth as well as show them the bloody tissue. I never saw medical and medical wasn't notified of my condition.

- I notified a white female officer who identified herself

BASIS OF CLAIM                                    PAGE 11

as Psychology when I asked her if she was medical staff. I explained my medical issue to her and she stated, "Notify medical staff." As she walked off I asked her for her name. She didn't respond. Her name is Dr. Morenz.(?)

- I notified an unidentified white female officer and explained my issue to her. She stated, "Notify medical staff." I asked her, "Can you notify them for me?" She stated, "I will notify SHU officers for you." She walked off when I asked her for her name.

- I notified Captain Mr. Frazier about my medical issue and he stated, "I will have medical come see you today." He took my information and left. I never saw medical staff.

- I notified Captain Mr. Frazier on another occassion and explained my medical issue to him as well as letting him know that I did not see any medical staff since I notified him before. Mr. Frazier stated, "Watch out right quick." He was telling me to move out of his view so he could see in the cell. Mr. Frazier then stated, "Take those milks out of the window." My cellmate grabbed the milks. Mr. Frazier then walked off as if I didn't notify him of my medical condition. Lieutenant Ms. Tucker looked in the cell door window and I said, "Ms. Tucker, I need to see medical." She stated, "I know," and walked off. I never saw medical staff.

- I notified Assistant Warden Mr. Smith about my medical issue and he stated, "You look fine to me." I showed him the bloody tissues and he walked off stating, "Talk to Health Services Administrators or fill out a sick call form, ughh." I never saw medical staff.

- I notified Assistant Warden Mr. Grissom and he stated, "Contact medical as they come through here." I asked him, "What is your name sir?" He stated, "I'm the Assistant Warden but you need to talk to medical staff." and then walked off. I learned later on from Assistant Warden Mrs. Kodger that his name was Mr. Grissom. I didn't see medical.

- I notified Health Services Administrator Mr. Wilk and he stated, "Give me your information. I will have medical come see you today." I gave him my information and he left. I never saw medical staff.

- The following week I notified Health Services Mr. Wilk again and he stated, "They haven't seen you yet? Give me your information. I'm going to have a PA come see you today personally." He took my information and left. I never saw any medical staff.

- I notified Warden Mr. Ortiz about my medical issue and asked him, "How do I see medical back here in the SHU?" He stated, "Fill out a sick call form or notify medical staff whe

BASIS OF CLAIM                                    PAGE 12

when they come through here. I asked, "Can you notify them for me?" He stated, Yes, as soon as I finish rounds." I asked, "How can I file a sensitive BP-9 Formal Administrative complaint?" He asked, "What is your problem?" I explained my medical issue to him as well as show him the tissues with blood. He stated, "Give me your information. I'm going to have you sent to Health Services. Yall haven't been doing no funny business in this cell have you?" I said, What? Nah." I gave him my information and he left. I was never sent to medical and medical staff never came. I wasn't given a BP-9 form either.

- On 3-14-18 the Region staff was suppose to be walking through the Special Housing UNit (SHU) so I was prepared to speak with whoever I had the opportunity to speak to. Several officers including Captain Mr. Frazier walked by my cell. As I try to notify these officers about my medical issue they were more concerned with the condition of our cells. Captain Mr. Frazier stated, "Take that paper off of the light," as he surveyed our cell. He then walked off abruptly without acknowledging my medical issue.

- On 3-14-18 the Assistant Warden Mr. Grissom stopped at my cell door. I asked him, "What is your name and title sir?" He stated, "What's yours?" before walking off. (I learned later on from Assistant Warden Mrs. Kodger that his name was Mr. Grissom.)

- On 3-14-18 a tall, slim, fair-skinned man stopped at my door with many officers flanking him including Warden Mr. Ortiz. This man stated, "Is everything okay?" I asked him, "What is your name and title sir?" He stated, "My name is Micheal (I can't remember his last name or how to say it) and I'm the Regional Director." I said, "Sir, can you tell me the procedure on how to file a sensitive BP-10?" He asked, "What is the problem sir?" I looked at the officers who were all looking at me including the head officers of administration. Lieutenant Mrs. Tucker was shaking her head as if to send me the message not to say anything. The Regional Director moved to bloack my view and to get my full attention. He asked me again, "What is the problem?" So I began to tell him my whole medical issue from the first breakouts and surgical procedures to the surgery I had on 2-27-18 and all of my attempts at trying to notify medical staff of my serious need for medical assistance as well as pain medication. I told him how I notified every officer that I could who walked by my cell door including the head officers of administration of my medical condition and how I filled out several sick call forms and notified the medical staff that came through the SHU. I explained everything in great detail. Afterwards the Regional Director stated, "I will have you seen by medical staff today." The Regional Director stepped back and spoke to a tall black female officer and told her to speak with me and to get my information and make sure medical staff tend

BASIS OF CLAIM                                             PAGE 13

tended to my needs. This female staff came to my cell door as the rest of the officers walked off. (I didn't get a chance to ask thge Regional Director how to spell his name). The female officer stated, "What is the problem?" I asked her, "Ma'am, what is your name and title?" She stated, "My name is Ms. Flowers. I am the Executive Assistant." I began to explain my medical issue to her in full detail. She took my information and stated, "I will have medical staff come see you." I asked her, "Ma'am, how do you spell the Regional Director's last name?" She stated, "I don't know. I will ask him for you," before walking off.

31.Later on that day PA Mr. Ibe took me from my cell on the third floor of the (SHU) and examined me on the second floor in the medical office. Mr. Ibe asked, "Mr. Powell, what happened?" I explained my whole issue to him. He stated, "Show me the area." As I was handcuffed behind my back he had me lay on my side before pulling my pants down and my underwear down to examine the surgery wound. Mr. Ibe asked, "You say you had stitches right?" I said, "Yes. That's what the Nurse at St. Francis hospital told me after the surgery. Mr. Ibe stated, "There is no stitches here. It's an open wound right next to the rectum. Hmmm... I have to measure this." Mr. Ibe proceeded to measure the wound while asking, "Why haven't you seen medical since having surgery?" I said, "I filled out several sick call forms as well as notifying every officer I could from my cell door." Mr. Ibe stated, "The sick call forms get placed on a waiting list and the communication around here is bad. There is a lack of medical staff and when there's a lack of communication things can get delayed. And this... this is bad. MRSA (Methicillin-Resistant Staphyloccocus Aureus) is bad. I remember talking to Mr. Elias about this issue and what to prescribe you. You need to have access to medical attention because a delay like this can cost someone there life." Mr. Ibe finished examining me and cleaned the area with a wipe of some sort. I said, "Can I get dressing changes because I don't want this to get infected due to the wound being right next to my rectum?" Mr. Ibe stated, "If you see me doing rounds let me know. I will have an officer pull you out." After taking my vitals Mr. Ibe asked, "What kind of medication are you on?" I said, "None at this moment. I was on Tylenol 3's for three days for pain but they didn't help. As far as antibiotics I'm not on any." Mr. Ibe looked at the computer. "I'm going to give you the same medication Mr. Elias gave you for infection and pain. Hopefully you recover from this. Just make sure to clean the area. I'm going to give you a bag of gauze sponges so you can change the area at will." I asked Mr. Ibe, "When do you do rounds?" He stated, "Whenever you see me just stop me." I asked, "Well why don't you just stop by my cell and check on me incase I miss you or something?" He stated, "I may forget so that's why I'm telling you now to remind me when you see me doing rounds." Afterwards Mr. Ibe escorted me back to my cell. I asked Mr. Ibe, "What is today's date?" He stated, "The fourteenth." I did not see Mr. Ibe again to ask for dressing changes or anything else for the rest of my stay in the (SHU).

BASIS OF CLAIM                                                    PAGE 14

I received the prescribed medication on 3/15/18.

32. On 3/16/18 I saw case manager Mr. Morales from my housing unit and I asked him for a BP-8 and a BP-9. Mr. Morales dated both forms 3/16/18 and signed them before giving them to me. Mr. Morales left afterwards.

33. I attempted to get a writting pen from Lieutenant Mrs. Tucker to write my issue on the BP-8. She stated, "I don't have no ink pen. So you got to write it with a pencil." So I wrote my BP-8 with a pencil. I wrote on the front in the allotted space and wrote additional information on the back of the form. I submitted the BP-8 Informal Resolution form to case manager Ms. Gray on 3-17-18 as she did rounds. I asked her, "Can you make me six copies please?" Ms. Gray left then came back moments later and stated, "The (SHU) copier is down." I said, "Can you make sure to notify whoever that I need six copies of this form?" She stated, "Okay." Ms. Gray left.

34. I saw case manager Mr. Morales 3-19-18 and I said, "Mr. Morales, would the BP-8 and the BP-9 both being dated 3-16-18 affect the BP-9 when I submit it in the future?" He stated, "No." I also notified Mr. Morales about me submitting the BP-8 to case manager Ms. Gray on 3-17-18.

35. On 3-20-18 I saw Assistant Warden Mrs. Kodger and I asked her, "What is your name and title ma'am?" She stated, "I'm the Assistant Warden Mrs. Kodger. What's wrong?" I asked her, "What is the procedure for sick call in urgent matters?" AW Mrs. Kodger stated, "Medical staff should be collecting sick call forms daily monday through friday." I said, "What about medical technicians who pass out medication?" Mrs Kodger stated, "They should collect them as well. Why?" I explained my medical issue to her with all the details. Mrs. Kodger stated, "Post surgery examination the way you explained it is urgent but not an emergency. But I do agree that medical staff should've seen you sooner. But I'm new here. So I don't know how the medical procedure works up here so I will definately investigate so this will not be an issue in the future." I said, "What is today's date?" She stated, "The twentieth." I said, "THanks that's it." She asked my cellmate was he okay before walking off. This was 3-20-18.

36. I saw Assistant Warden Mr. Smith and asked him, "What's the procedure for seeing medical staff for urgent or emergency issues up here in the (SHU)?" AW Mr. Smith stated, "Why? You look okay to me." I explained my situation to him and he stated, "Fill out a sick call form or in a real event of an emergency notify SHU staff and they will notify medical staff." I said, "Sir I did that but that didn't work." AW Mr. Smith stated, "Well, you saw the PA right?" I said, "Yes." He stated, "What's the problem now?" I said, The problem now is that I need a dressing change and I

haven't seen a PA or a Nurse at all." AW Mr. Smith stated, "Well put a sick call form in for that." I said, "Shouldn't a PA or Nurse do rounds to collect sick call forms and stuff like that?" Mr. Smith stated, "Yes." I said, "Well they don't." Mr. Smith stated, "Well don't medical staff pass out medication twice a day?" I said, "Yes but medical technician Ms. Watts stated she's a med tech and not a Nurse or a PA. Mr. Elnari(I don't know how to spell his name) won't talk to me since I asked him for his name and title and I never got to ask Mr. Martin for his title. They are the only medical staff that I have seen up here in the (SHU) passing out medication." Mr. Smith stated, "Well they are considered medical staff sir." AW Mr. Smith walked off abruptly. This was 3-20-18.

37. I saw Health Services Administrator Mr. Wilk for the third time and I explained my medical issue to him again before asking, "What is the medical procedure for an urgent or emergency isssue up here in the (SHU)?" Mr. Wilk stated, "A Nurse or PA should do rounds cell to cell daily." I said, "PA's and Nurses don't do rounds up here. Only medical staff passing out medication come up here monday through friday." Mr. Wilk stated, "Hmmm... that is interesting. An urgent situation like you explained with your surgery, for post surgical reasons, a PA or a Nurse should've examined you as soon as they could. But due to the lack of staff they can't come through as often as they should." I said, "Well they don't come through at all..Mr. Wilk stated, "They should and I'm going to look into that." I said, "Who should I give sick call forms to?" Mr. Wilk stated, "To the PA's or the Nurses when they do rounds." I said, "The night shift officers take the sick call forms at night." Mr. Wilk stated, "I don't know what the procedure is up here but usually the PA or the Nurse suppose to collect them." Mr. Wilk took my information. I asked him, "PA mr. Ibe suppose to give me dressing changes and said to stop him if I see him but I haven't seen him." Mr. Wilk stated, Talk to the PA or Nurse about that. Other than that you okay right?" I said, "Yeah. The worst part of all of this has passed already. I got medication for infection and pain but I just need to get cleaned and examined to make sure I'm healing properly." Mr. Wilk stated, "I will contact a PA or a Nurse for you." Health Services Administrator Mr. Wilk walked off. This was 3-20-18. I was never examined after this conversation in the (SHU).

38. I saw Nurse Mr. West(who was one of the nurses who did my dressing changes and administered medication via injection during my recovery period with one of my former surgeries) and I said, "I went and got surgery at St. Francis for the surgery wound by my rectum and I haven't been cleansed or changed since I been back from surgery on 2-27-18. I saw PA Mr. Ibe on 3-14-18 after complaining

to every officer I could including the Regional Director but I haven't been seen since." Nurse West stated, "PA Ibe said he just saw you." I said, " I haven't seen Mr. Ibe since last wednesday 3-14-18 and he only wiped the area with a gauze sponge. He did not clean the area like you and Nurse Mrs. Maruska did with my previous surgery wounds." Nurse West sucked his teeth, shooked his head and stated, "I'm going to talk to Mr. Ibe because this just aint right over here.on this west compound." Nurse West took my information as well as let me know he had my sick call form dated 3-19-18. The date I spoke with Nurse Mr. West was 3-20-18. I never saw any medical staff for a dressing change or to get cleansed and examined before or after 3-14-18 during my stay in the Special Housing Unit (SHU). I was never examined to see if I was healing properly.

39. I never found out the proper procedure to see medical for any type of treatment within the Special Housing Unit (SHU) which is located at FCI Fort Dix (West Compound) but is utilized for the FCI Fort Dix (West Compound), FCI Fort Dix (East Compound) and the Fort Dix Camp. I do not know how the FCI Fort Dix (West Compound) and (East Compound) are two separate facilities but are operating as one facility with the same medical staff attending both facilities. I spoke with an officer of every rank about my medical issue during the period of time that I was suffering with no resolve. I had limited access to three sheets of paper and three sick call forms per week. I submitted eleven sick call forms in total with no response or visit from medical staff outside of 3-14-18 in the (SHU). ANd if it wasn't for me seeing the Regional Director on 3-14-18 I may have never seen medical staff at all for my medical issue. The names of the officers recorded in this claim was obtained by me asking them, asking other officers about other officers, or seeing their name tags. I wasn't able to give exact dates and times that I spoke with most of the officers in the (SHU) due to the was I was confined and how I had to communicate to them. But I did note the dates and times that I spoke with certain officers. For the officers that I couldn't pin point the dates and times that I spoke with them I know for a fact that I spoke with them between 2-28-18 and 3-14-18.

40. On 3-26-18 I spoke with night shift (SHU) officer Mr. Mcgraw. I asked him, "What do you do with sick call forms when you collect them out of the door at night?" Mr. McGraw stated, "I take them and place them in my office in the medical slot which medical staff are suppose to collect when they do rounds." I said, "Do you know which medical staff collects them?" Mr. McGraw stated, "NO." He took my sick call form and walked off.

41. I was released from the (SHU) on 3-27-18 and placed in the orientation building on the west compound of FCI Fort Dix waiting to be transferred back to the east compound which is a separate facility from the west compound. By this time I had endured all of the most painful moments confined in the (SHU) from 2-28-18 to about 3-15-18. I wasn't familiar with how sick call worked on the west compound and was a little off balance with everything

**BASIS OF CLAIM**                                                              **PAGE 17**

after being in the SHU going through so much. I was also dealing with the issue of trying to get my BP-9 submitted timely which the Counselor Mr. Kwartin in the orientation building refused to issue me a BP-9 Administrative Remedy form as well as refused to accept my BP-9 Administrative Remedy form once I attempted to submit one to him to meet the 20-day deadline for an issue of Deliberate Indifference to my medical needs in accordance to the Prison Litigation Reform Act. Since Counselor Mr. Kwartin refused to accept my BP-9 I had to submit it to Counselor Mr. Watson in building 5812 with an inmate witness (Reginald Brown 22161-055) present who signed a letter pursuant to 28 U.S.C. § 1746 under the penalty of perjury stating that he was present and witnessed me submitting my BP-9 to Counselor Mr. Watson. I also submitted a BP-8 (Informal Resolution form) to Counselor Mr. Kwartin for Mr. Kwartin refusing to accept my BP-9, as well as submit a BP-9 later on about Mr. Kwartin refusing to accept my BP-9 and allowing me to exercise my Administrative Remedy timely to meet the 20-day deadline.

42. I was transferred back to FCI Fort Dix East Compound on 4-12-18 and placed back in my housing unit 5751. I reported to sick call 6:00 am 4-13-18. I was told to look for my name on the call out after explaining my issue to the nurse.

43. I reported to Health Services on 4-19-18 where I was examined by MD Mr. Sceusa. The surgical wound by my rectum had not healed and I was prescribed Hydrocortisone Rectal Cream and Amoxicillin/ Clavulanate tablets. I was given a bag of 800mg Ibuprofen tablets for pain.

44. Due to the ongoing series of negligent acts I have stated within this Basis Of Claim each event that has occurred from the first medical complaint 12-15-16 and first surgery on 12-19-16 to the last medical examination on 4-19-18 because these ongoing series of events are related and therefore relevant even though each individual event is separated. I also stated each event to show the seriousness of my medical condition and suffering due to the many delays of examinations and medical treatment. There are dates and times where I reported to Health Services sick call at 6:00 am and was screened by having my information and complaint recorded and told to look for my name on the call out list. I may have experienced this type of treatment in excess of twenty times.

45. During the filing of my Administrative Remedy forms I requested for pictures to be taken of the surgical site located near my rectum to show the seriousness of my complaint. I requested for pictures to be taken in the BP-9 dated 4-3-18 to show the damage still visible from the surgery I received on 2-27-18. The surgical wound still has not healed even to this day (12-3-19) and still bleeds and drains puss, more than a year after the actual surgery was done. I have itchy rashes and bruise spots all over my arms, legs, back and stomach from allergic reactions to the medication that I was told to continue taking which I am still using

BASIS OF CLAIM                                          PAGE 18


Triamcinolone ointment for to this very date (12-3-19).

46. Officers involved in violating my 8th Amendment right:

```
D. Ortiz    -   Warden
C. Smith    -   Assistant Warden
M. Grissom  -   Assistant Warden
J. Wilk     -   Health Services Administrator
N. Foster   -   Clinical Director
S. Maruska  -   RN
N. West     -   RN
E. Fletcher -   NREMT-p
A. Elnahry  -   (Medical Personnel)
G. Martin   -   (Medical Personnel)
J. Watt     -   (Medical Personnel)
Ms. Tucker  -   Lieutenant
J. Suero    -   SHU Officer
T. Jones    -   Counselor
Ms. Wright  -   Case Manager (was formally unidentified as Jane Doe)
Jane Doe    -   Case Manager #2
Jane Doe    -   Psychologist
John Doe    -   SHU Officer
Johne Doe   -   SHU Officer #2
John Doe    -   Unit Manager
```

ADMINISTRATIVE REMEDY STEPS                          PAGE 19

On 3-14-18, the Regional Director conducted rounds in the Special Housing Unit (SHU). After explaining my medical issue to him as well as explaining all my attempts at notifying all officers I could of my medical needs he had me sent to Health Services. The PA examined me and prescribed me antibiotics, pain medication and rash cream.

On 3-17-18, I submitted a BP-8 Informal Resolution form to Case Manager Ms. Gray. I had requested a BP-8 and a BP-9 form from my Counselor Mr. Jones previously and hadn't received it. I requested a BP-8 and BP-9 form from Case Manager Mr. Morales on 3-16-18 and he gave it to me.

On 3-27-18, I was released from the (SHU) and there were several bus delays preventing me from being transferred back to the East Compound of F.C.I. Fort Dix. So I attempted to submit my BP-9 to a Counselor Mr. Kwartin on the West Compound who refused to accept my submission without a response to the BP-8 attached. I explained to him that I was trying to meet the 20 day deadline according to the Prison Litigation Reform Act. He refused to accept my submission. I then asked for a BP-8 and submitted it to him for this issue on 4-3-18. The relief requested was camera footage and a BP-9.

On 4-3-18, I submitted my BP-9 to a Counselor Mr. Watson in a different building which was 5812. I had a witness there with me who signed an sworn affidavit that I submitted the form as well as well as witnessing the conversation that took place.

On 4-10-18, I received a rejection notice stating I did not provide the necessary evidence of my attempt at informal resolution. It also stated the relief on the BP-8 is not the same as the relief on the BP-9. On the BP-9 I requested camera footage, a BP-10, and for pictures to be taken of the surgical wound for relief.

On 4-16-18, I submitted a BP-10 through legal mail. I explained how the Prison Litigation Reform Act states a informal and formal resolution should be filed within 20 days of the incident for deliberate indifference to medical needs. I also explained my medical issue as well. My relief requested was for all proper names and titles of staff mentioned, for my medical records from 12-1-16 to 4-1-18, for camera footage in hallway viewing cell 310 in the (SHU) from 11:45am to 12:15pm on 3-14-18, for pictures of surgical wound, and a BP-11.

On 4-26-18, I received a rejection notice stating the region concur with the institution for rejection. If you were unable to follow the instructions you were given, you should explain why when you resubmit your appeal at FCI Fort Dix.

On 5-3-18, I asked Counselor Mr. Jones for a response to my BP-8. In short he stated the medical staff couldn't read my handwritting. The email that Mr. Jones had was dated 4-27-18, about a month and a half after my BP-8 submission. I asked Mr. Jones for a copy of the email and he stated he had to the Unit Manager Mr. Byrd. I told Mr. Jones I was going to file the BP-11 the next day because I didn't have documentation of a BP-8 response for my personal record.

On 5-7-18, I submitted a BP-11 through legal mail dated 5-4-18. I explained the BOP Policy 1330.18 and the Prison Litigation Reform Act to support my position of submitting the BP-9 without a BP-8

ADMINISTRATIVE REMEDY STEPS                                    PAGE 20

response to meet the 20 day deadline for submission. I also explained the previous filings and rejection responses. The relief requested was for the Central Office to respond stating that the rejections at the Institution and Regional levels be construed as Administrative Remedy exhausted, for all proper names and titles of staff mentioned in the BP-10, medical records from 12-1-16 to 5-1-18, for camera footage in the hallway viewing cell 310 in the (SHU) from 11:45am to 12:15pm on 3-14-18, for pictures to be taken of the surgical wound, and for a Standard Form 95 form for a federal tort claim.

On 6-4-18, I received a rejection notice from the Central Office stating they concur with the Region and/or Institution for rejection and to follow instructions on the prior rejection notices. It also stated if no BP-8 response, request staff memo stating the same and resubmit at the institutional level.

On 6-5-18, I asked Counselor Mr. Jones about my BP-8 response. Mr. Jones looked at his computer and said Health Services said my handwritting wasn't legible. I explained that I wrote everything on the BP-8 perfectly and if my hand writting wasn't legible how am I suppose to know? Mr. Jones printed out the BP-8 from his email and passed it to me. I looked at the BP-8 and explained to Mr. Jones that all the important words and names had been erased to a fade to where they were not legible. Mr. Jones stated all I can say is resubmit the BP-8. Mr. Jones gave me a BP-8 form.

On 6-6-18, I submitted the second BP-8 to Mr. Jones. Mr. Jones wrote a staff memo on the BP-8 form after accepting my submission. I explained everything in the second BP-8 exactly as I had on the first BP-8, including the relief requested.

On 6-28-18, I received a response to the BP-8. It stated in part, a review of your medical record reveals you were sent to the general surgeon on february 27, 2018, for a procedure related to a non-healing abscess near the rectum. You returned late that evening and was examined by Health Services. Per on-call physician orders, a prescription for Acetaminophen/Codeine 300/30 MG, two tablets, twice per day was written. A consultation request for a follow-up appointment with the General Surgeon was submitted. You were counseled on such topics as infection prevention, access to care procedures, and post-operative care. On March 14, 2018, you were seen by the Mid-Level Provider (MLP) for a follow-up examination. During this evaluation, you reported to the MLP that you ran out of antibiotics to prevent reinfection. The MLP refilled your antibiotics and topical ointment. Since your evaluation on April 19,2018, you were seen by your Primary Care Provider Team physician. During this appointment the physiical exam revealed no overt post surgical infection. ..In regards to your request for camera footage from the SHU, this information may be available to you under the provision of the Freedom of Information/Privacy Act, 5 U.S.C. § 552, 552a.

On 6-29-18, I submitted a BP-9 to Mr. Jones. I explained the whole medical issue I had in the SHU and how I tried to notify all officers available of my medical needs. I also explained my history of dealing with Methicillin-Resistant Staphyloccocus Aureus (MRSA) and the previous surgeries which led up to me needing to see a

specialist. The relief requested was for my medical records, camera footage viewing cell 310 in the SHU from 11:45am to 12:15pm on 3-14-18, pictures to be taken of the surgical wound, the names and titles of the officers named in the complaint, and a BP-10.

On 7-12-18, I received a rejection notice from the institution stating your request is untimely. Institution and CCC requests (BP-9) must be received within 20 days of the event complained about.

On 7-16-18, I submitted a BP-10 through legal mail. I explained in the BP-10 how I initially submitted a BP-8, BP-9, BP-10, and BP-11, which were all rejected because I had no BP-8 response attached to the BP-9 upon submission to show evidence that I attempted informal resolution, even after explaining BOP policy 1330.18 and the Prison Litigation Reform Act which both states that the BP-8 and BP-9 both have to be submitted within 20 days of the incident. I explained how the BP-11 stated to get a staff memo stating why there was no BP-8 response and to resubmit at the institutional level. I explained how I got the staff memo and a copy of the orginal BP-8 and resubmitted a subsequent BP-8. I explained the BP-8 response and challenged some paragraphs of it. I explained the subsequent BP-9 submission and the rejection. The relief requested was for a Regional Office response stating the rejection of the BP-9 is invalid or construed as Administrative Remedy exhausted at that level, for a list of the proper and titles of the officers mentioned, for medical records from 12-1-16 to 7-1-18, for pictures to be taken of the the surgery area and dated, for camera footage viewing cell 310 in the SHU from 11:45am to 12:15pm 3-14-18, and a BP-11.

On 7-31-18, I received a rejection notice from the Regional Office stating concur with rationale of Institution for rejection.

On 8-1-18, I submitted a BP-11 through mail. I explained all prior filings of administrative remedy forms and all responses. I explained how I attempted to follow the instructions of the first Central Office rejection notice and get staff memo stating why there was no BP-8 response and to resubmit. The relief requested was for a response stating administrative remedy exhausted, for a list of proper names and titles of all officers mentioned, for medical records from 12-1-16 to 7-1-18, for pictures to be taken of the surgical area and dated, for camera footage viewing cell 310 in the SHU from 11:45am to 12:15pm on 3-14-18, to be granted a request for an expert witness due to this being a medical issue, and a standard 95 form for a large federal tort claim.

On 9-18-18, I received a rejection notice from the Central Office stating concur with rationale of Regional Office and/or Institution for rejection. It also stated, if staff provide a memo stating late filing was not your fault then resubmit at the institutional level of original rejection.

On 10-4-18, I submitted a inmate request to staff form to Unit Manager Ebinger explaining how Mr. Ebinger stated he could not write me a staff memo because he was not the Unit Manager at the time the event occurred and that I would have to get a staff memo from the previous Unit Manager Mr. Byrd. So I submitted the inmate request to staff form to Mr. Ebinger for him to forward

ADMINISTRATIVE REMEDY STEPS                              PAGE 22

to Mr. Byrd. Mr. Ebinger gave this form to Case Manager Ms. Macavoy and told her to forward the form to Mr. Byrd.

On 10-19-18, I submitted a inmate request to staff form to Ms. Macavoy explaining how I previously submitted a inmate request to staff form to Mr. Ebinger who then had her forward the form to Mr. Byrd. Mr. Byrd responded to Ms. Macavoy via email stating he would not write a staff memo and to take my administrative remedy process to the next level which is the courts. These were the words of Ms. Macavoy. I asked her could she give me a copy of the email for my personal record and she stated to submit a inmate request to staff form to her and she would write the response from Mr. Byrd on it. I gave her the form and she wrote based on information received, U/M Byrd will not submit a memo due to I/M Powell receiving a response from Central Office that his request for remedy was denied.

Now according to the Central Office response stating If staff provide a memo stating late filing was not your fault, then resubmit at the level of the original rejection, the staff memo prevented me from resubmitting at the level of the original rejection because the staff memo stated Mr. Byrd was not going to write a staff memo. So therefore my attempts at informally or formally resolving my issue through the administrative remedy process has been exhausted.

During my stay in the SHU during the time of the incident which occurred from 2-28-18 to about 3-15-18, I was in a two-inmate cell with two cell mates. Two of uss slept on the bunks provided while the third slept on the bare floor. I have sworn affidavits from both of these inmates who witnessed me going through the painful experience as well as me notifying the many officers of my serious medical needs. Reginald Brown 22161-055 and Jimmy Patterson 55311-056 were both present in the cell with me as I indured the pain and agony from the surgical wound near my rectum, which I could not personally clean after defecating.

I filed a Standard 95 Form for a Tort Claim and sent it through the mail system on this date __1-8-20__ as the last final step of my administrative remedy process. Due to the two year deadline of having to have submitted the Federal Tort Claim I have sent the Tort Claim and the Civil Complaint through the mail system before having heard a response to the Federal Tort Claim since they both have to be filed before the two year deadline which is two years from 3-14-18, the date on which the events that violated my 8th Amendment right concluded.